## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

**Criminal No. 15-CR-00187-MSK**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  UGUR ULUPINAR,**

**Defendant.**

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

**IT IS HEREBY ORDERED** that this matter is designated a "Durango Case" to be handled in accordance with the Durango/Grand Junction Protocol.

**DATED: April 29, 2015.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**